1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JANET S.,                          )      NO. ED CV 19-1466-E
                                       )
12                  Plaintiff,         )
                                       )
13       v.                            )         **JUDGMENT**
                                       )
14  COMMISSIONER OF SOCIAL SECURITY    )
    ADMINISTRATION,                    )
15                                     )
                    Defendant.         )
16                                     )
    _____)
17

18

19       IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20  the Social Security Administration is reversed in part and the matter

21  is remanded for further administrative action consistent with the

    Opinion filed concurrently herewith.
22

23
            DATED: March 9, 2020.
24

25
                                          _____/s/_____
26                                          CHARLES F. EICK
                                     UNITED STATES MAGISTRATE JUDGE
27

28